UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re SEARS, ROEBUCK & CO. ERISA LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | No. 02-C-8324<br><br>Judge John W. Darrah |

### ORDER AWARDING CLASS COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFFS CASE CONTRIBUTION AWARDS

This matter having come before the Court on May 24, 2007, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable and adequate and being fully informed in the premises and good cause appearing therefor:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. All of the capitalized terms used herein shall have the same meanings asset forth in the Class Action Settlement Agreement ("Settlement Agreement") dated as of February 13, 2007, and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class. Class Counsel are hereby awarded attorneys' fees of $4,350,000.00 and reimbursement of expenses in the

sum of $978,600.59 (the "Attorneys' Fees and Expenses"). The Court finds that the attorneys' fees awarded are appropriate, fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. The Attorneys' Fees and Expenses shall be paid to Plaintiffs' Class Counsel within five (5) business days following the entry of this Order as contemplated in the Settlement Agreement.

3. Plaintiffs' Co-Lead Counsel are authorized and directed to allocate and distribute the Attorneys' Fees and Expenses among Plaintiffs' counsel in a manner which, in Plaintiffs' Co-Lead Counsel's good faith determination, reflects each counsel's contribution to the institution, prosecution, and settlement of the Action.

4. Each of the Named Plaintiffs is awarded $ 5,000.00 as a Case Contribution Award in recognition of his or her contributions to the Action.

IT IS SO ORDERED.

DATED: June 26, 2007

THE HONORABLE JOHN W. DARRAH
UNITED STATES DISTRICT JUDGE

2